771 A.2d 1232

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Phillip WYNN, Petitioner.**

Supreme Court of Pennsylvania.

May 4, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 4th day of May, 2001, the Petition for Allowance of Appeal is GRANTED, limited to considering the issue of whether a constitutional challenge to a sentencing statute implicates the legality of a sentence.

The Petition for Summary Remand for Re Sentencing is DENIED.